

**SIGNED THIS 21st day of February, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:   Cynthia A Floros | CASE NO.   25-50017 |
|---|---|
| Debtor(s) | CHAPTER   13 |

O R D E R

A hearing was held in the above-captioned case on 2/5/2025. The outcome of said hearing was to be embodied in an order to be submitted by Suad Bektic, Esq. No order has been submitted within the time allowed by Local Rule 9072-1. Accordingly, it is

O R D E R E D

That Suad Bektic, Esq. shall appear before this Court on 3/13/2025, at 9:30 AM, before Judge Connelly. All parties connect using video conference instructions on the court website. Meeting ID 160 369 2643, URL https://www.vawb-uscourts-gov.zoom.com/j/1603692643, to SHOW CAUSE why such Order was not submitted to the Court as required by such rule, and if good cause not be shown, further to SHOW CAUSE why a monetary or other sanction should not be imposed upon such counsel for such failure. Submission of such Order and its entry by the Court prior to such hearing shall not cancel such hearing but shall be given such consideration as the Court shall determine appropriate.

Copies of this order are directed to be sent to the United States Trustee or chapter trustee, as applicable; and to Suad Bektic, Esq.

**END OF ORDER**

oscmg