

**SIGNED THIS 25th day of February, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| In re: | |
|---|---|
| **CYNTHIA A. FLOROS** | **Case No. 25-50017-RBC** |
| | Chapter 13 |
| Debtor | |

### ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY

This matter came before the Court upon the Motion to Extend the Automatic Stay filed by the Debtor, Cynthia A. Floros, by counsel. After consideration of the proffer by Counsel for Debtor, and giving due consideration to the entire matter before the Court, and it appearing to the Court that it is not appropriate in this case to grant the relief requested, it is hereby

ORDERED that the Debtor's Motion to Extend the Automatic Stay is DENIED.

*END OF ORDER*

OBJECTIONS PRESERVED:

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, First Floor
Richmond, Virginia 23294
(804) 997-7395
sbektic@newdaylegal.com
*Counsel for Debtor*

SEEN AND NOT OBJECTED TO:

/s/Angela M. Scolforo
Angela M. Scolforo, Chapter 13 Trustee
P.O. Box 2103
Charlottesville VA 22902
Tel: (434) 817-9913, ext. 110
E-mail: ascolforo@cvillech13.net